# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

PATRICK MICHAEL MYERS,

    Petitioner,

-vs-                                                             Case No. 8:10-CV-396-T-30TBM

SECRETARY, DEPARTMENT
OF CORRECTIONS, et al.,

    Respondents.
_____/

## ORDER

This matter is before the Court on Petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (hereinafter "petition")(Dkt. 1). In his petition, Petitioner challenges the 2009 judgment revoking his probation and community control and sentencing him to 40 months incarceration entered by the Sixth Judicial Circuit Court, Pasco County, Florida.

It is apparent from the petition and the Florida Second District Court of Appeal's records, that Petitioner's appeal of the judgment revoking his probation/community control remains pending on direct review. *See Myers v. State*, No. 08-2013CFAES (Fla. 6th Jud. Cir. 2008), *notice of appeal docketed*, No. 2D09-5514 (Fla. 2d DCA November 18, 2009).[1] Consequently, the state court judgment revoking his probation/community control has not

---

[1]The Court takes judicial notice of information available on the database maintained by the Clerk of Court, Florida Second District Court of Appeal, http://www.2dca.org/the_clerk's_office.htm, February 10, 2010. *See* Fed. R. Evid. 201.

become final. Therefore, his habeas petition, which challenges the judgment revoking his probation/community control, is not ripe for review at this time. See *Maharaj v. Sec'y Dep't of Corr.*, 304 F.3d 1345 (11th Cir. 2002)(federal habeas petition was not ripe for review when state judgment was not yet final). Thus, Petitioner's petition will be dismissed without prejudice to Petitioner to refile his habeas petition when the state court judgment revoking his probation/community control becomes final.

ACCORDINGLY, the Court **ORDERS** that:

1. The Petition for Writ of Habeas Corpus is **DISMISSED** without prejudice (Dkt. 1).

2. The **Clerk** shall terminate all pending motions and close this case.

**DONE** and **ORDERED** in Tampa, Florida on February 11, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copy furnished:
Petitioner *pro se*